UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR SCIENCE IN THE PUBLIC INTEREST**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTATION**, and<br><br>**SARA BRENNER**, in her official capacity as **Acting Commissioner of Food and Drugs**,[1]<br><br>Defendants. | Case No. No. 1:24-CV-01342<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Center for Science in the Public Interest and the Defendants (hereinafter "the Parties") hereby stipulate and agree as follows:

1. Plaintiff Center for Science in the Public Interest hereby voluntarily dismisses this case without prejudice.

2. All Parties shall bear their own attorneys' fees and costs.

3. Pursuant to Rule 41(a)(1)(A)(ii), the Parties respectfully submit that this Stipulation is self-executing and requires no action by the Court.

Date: Jan. 28, 2025                             Respectfully submitted,

                                        By:  /s/ *Lisa S. Mankofsky*
                                             Lisa S. Mankofsky (D.C. Bar No. 411931)
                                             CENTER FOR SCIENCE IN THE PUBLIC
                                             INTEREST

---

[1] Per Fed. R. Civ. P. 25(d), Acting Commissioner Brenner is automatically substituted for former Commissioner Robert M. Califf.

1250 I Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381
Email: lmankofsky@cspinet.org

*Counsel for Plaintiff*

OF COUNSEL:

SEAN R. KEVENY
Acting General Counsel
U.S. Department of Health and Human Services

MARK RAZA
Chief Counsel
U.S. Food and Drug Administration

WENDY VICENTE
Deputy Chief Counsel, Litigation

LESLIE COHEN
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.
White Oak 31, Room 4532
Silver Spring, MD  20993-0002

BRETT A. SHUMATE
Acting Assistant Attorney General

MICHAEL D. GRANSTON
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director, Civil Litigation

HILARY K. PERKINS
Assistant Director

/s/ *Daniel K. Crane-Hirsch*
DANIEL K. CRANE-HIRSCH
Senior Trial Attorney
OLIVER J. MCDONALD
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 616-8242
daniel.crane-hirsch@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I caused a copy of the foregoing Stipulation of Voluntary Dismissal without Prejudice to be served through the CM/ECF system, on all counsel of record.

*/s/ Lisa S. Mankofsky*
Lisa S. Mankofsky